**Opinion issued December 14, 2017**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-17-00710-CV

———————————

**SUDERMAN CONTRACTING STEVEDORES, INC. AND GEORGE ALDRIDGE, Appellants**

**V.**

**VICTOR FERRUFINO, Appellee**

On Appeal from the 215th District Court
Harris County, Texas
Trial Court Cause No. 2016-13498

## MEMORANDUM OPINION

Appellants, Suderman Contracting Stevedores, Inc. and George Aldridge, and

appellee, Victor Ferrufino, have filed a "Joint Motion to Set Aside the Trial Court's

Judgment and to Remand the Cause to the Trial Court for Entry of a Take-Nothing

Judgment." The parties state that they have settled the case and have agreed to move

to set aside the trial court's judgment in this case, remand for rendition of judgment in accordance with the parties' agreement, with appellate costs to be taxed against the party incurring the same. *See* TEX. R. APP. P. 42.1(a)(2)(B), (d). No other party has filed a notice of appeal and no opinion has issued. *See id.* 42.1(a)(1), (c).

Accordingly, we grant the joint motion, set aside the trial court's judgment without regard to the merits, remand this cause to the trial court for rendition of take-nothing judgment in accordance with the parties' settlement agreement, and dismiss this appeal. *See* TEX. R. APP. P. 42.1(a)(2)(B), 43.2(e). We sua sponte direct the Clerk to issue the mandate within ten days of this opinion. *See id.* 18.1(c). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Brown, and Lloyd.

2